UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN RICHARDSON,<br><br>        Plaintiff,<br><br>vs.<br><br>FRESNO COUNTY JAIL,<br><br>        Defendant.<br>_____/ | 1:05-cv-01437-REC-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 4)<br><br>**ORDER DISMISSING ACTION AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANT** |

    Plaintiff, Allen Richardson ("plaintiff"), is a former prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On December 20, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On January 3, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 20, 2005, are ADOPTED IN FULL; and,

2. This action is DISMISSED for failure to state a claim.

3. The Clerk is directed to enter judgment for defendant.

IT IS SO ORDERED.

**Dated:  February 10, 2006**                    /s/ Robert E. Coyle
668554                                        UNITED STATES DISTRICT JUDGE